UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMY EDEN, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>BIG AGNES, INC., a Colorado corporation; and DOES 1–10, inclusive,<br><br>          Defendant. | Case No.: 25-CV-2560 TWR (DDL)<br><br>**ORDER GRANTING JOINT MOTION REGARDING THE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF Nos. 3, 4, 6) |

  Presently before the Court is Plaintiff Ramy Eden and Defendant Big Agnes, Inc.'s Joint Motion Regarding the Briefing Schedule and Hearing Date on Defendant's Motion to Dismiss ("Jt. Mot.," ECF No. 6). Given Plaintiff's intent to file a motion to remand, the Parties request that the Court modify the Minute Order Setting Briefing Schedule ("Briefing Schedule," ECF No. 4) that was issued on Defendant's Motion to Dismiss Plaintiff's Complaint ("Mot. to Dismiss," ECF No. 3). (*See* Jt. Mot. at 2.) Good cause appearing, the Court **GRANTS** the Joint Motion and **SETS** the following deadlines:

  Plaintiff **MAY FILE** his anticipated motion to remand on or before October 24, 2025. If Plaintiff does not file a motion to remand, the Parties **SHALL ABIDE** by the Briefing Schedule previously issued on Defendant's Motion to Dismiss. In the event that

Plaintiff files a motion to remand, however, the Court **SETS** a hearing on the motion to remand for <u>January 15, 2026, at 1:30 p.m., in Courtroom 14A</u>; Defendant **SHALL FILE** its opposition <u>fourteen (14) days</u> after service of Plaintiff's motion; and Plaintiff **MAY FILE** his optional reply, if any, <u>fourteen (14) days</u> after service of Defendant's opposition. If the Court denies Plaintiff's anticipated motion to remand, the Court **SETS** a hearing on Defendant's Motion to Dismiss for <u>February 26, 2026, at 1:30 p.m., in Courtroom 14A</u>; Plaintiff **SHALL FILE** his opposition to Defendant's Motion to Dismiss within <u>fourteen (14) days</u> of the electronic docketing of the Court's Order denying Plaintiff's motion to remand; and Defendant **MAY FILE** its optional reply, if any, within <u>fourteen (14) days</u> of service of Plaintiff's opposition.

**IT IS SO ORDERED.**

Dated:  October 20, 2025

_____
Honorable Todd W. Robinson
United States District Judge